# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

PROGRESSIVE SELECT INSURANCE COMPANY,

Appellant,

v.

CABLE INSURANCE COMPANY,

Appellee.

No. 2D2025-1676

————————————————

June 19, 2026

Appeal from the County Court for Hillsborough County; Jennifer P. Johnson, Judge.

Joseph C. Proulx of Golden Albinson Proulx, Tampa, for Appellant.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for Appellee.

PER CURIAM.

Affirmed.

BLACK and SMITH, JJ., Concur.
ATKINSON, J. Dissents.

————————————————

Opinion subject to revision prior to official publication.